IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NAY'LOR SCOTT, #189115,**

    **Plaintiff,**

**v.**                       **Case No. 4:14cv421-MW/CAS**

**LIEUTENANT WILLIAMS, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 11. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on January 8, 2015.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**